**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PATRICK PLUMLEY, Individually and On Behalf of All Others Similarly Situated, | ) | |
| Plaintiff, | ) | Case No. 1:19-CV-00030-MN |
| v. | ) | CLASS ACTION |
| LSC COMMUNICATIONS, INC., THOMAS J. QUINLAN, JUDITH H. HAMILTON, M. SHAN ATKINS, MARGARET A. BREYA, FRANCIS J. JULES, THOMAS F. O'TOOLE, RICHARD K. PALMER, DOUGLAS W. STOTLAR, SHIVAN S. SUBRAMANIAM, QUAD/GRAPHICS, INC., and QLC MERGER SUB, INC., | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Patrick Plumley ("Plaintiff"), hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: June 21, 2019

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com